Paul Caleo, CASB# 153925
Email: pcaleo@burnhambrown.com
Michelle M. Meyers, CASB# 236387
Email: mmeyers@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HAINES, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A, INC., a Delaware Corporation and Does 1 to 50, Inclusive, <br><br> Defendants. | No. 1:10-CV-01763-OWW-SKO <br><br> **STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES AND MOTION FOR SUMMARY JUDGMENT DATES** <br><br> Complaint Filed:  June 8, 2010 <br> Trial Date:  June 6, 2012 |

    IT IS HEREBY STIPULATED, by and between Plaintiff BRENDA HAINES ("Haines") and Defendant HOME DEPOT, U.S.A., INC., ("Home Depot") and Home Depot's respective counsel of record, that the deadline for disclosure of expert witnesses and motion for summary judgment dates of August 29, 2011 is continued to September 29, 2011.

    This continuation is necessary because the parties are attempting to settle this matter.  On August 31, 2011, the parties will participate in mediation.  The parties request this continuance in order to allow time for a settlement to be reached and an agreement to be finalized memorializing the settlement.  The extension does not affect the trial date of June 6, 2012.

1
STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR       No. 1:10-CV-01763-OWW-SKO
DISCLOSURE OF EXPERT WITNESSES AND MOTION FOR SUMMARY
JUDGMENT DATES

DATED: August 19, 2011　　　　　　　BURNHAM BROWN

　　　　　　　　　　　　　　　　　By  /s/ Michelle M. Meyers
　　　　　　　　　　　　　　　　　　　PAUL CALEO
　　　　　　　　　　　　　　　　　　　MICHELLE M. MEYERS
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　HOME DEPOT U.S.A., INC.

DATED: August 19, 2011

　　　　　　　　　　　　　　　　　By  /s/ Brenda Haines
　　　　　　　　　　　　　　　　　　　BRENDA HAINES
　　　　　　　　　　　　　　　　　　　PLAINTIFF IN PRO PER

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The deadline for disclosure of expert witnesses and motion for summary judgment of August 29, 2011 is continued to September 29, 2011.

1096346

IT IS SO ORDERED.

Dated:  **August 19, 2011**　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE