1  Paul Caleo, CASB# 153925
Email:  pcaleo@burnhambrown.com
2  Michelle M. Meyers, CASB# 236387
Email:  mmeyers@burnhambrown.com
3  BURNHAM BROWN
A Professional Law Corporation
4  P.O. Box 119
Oakland, California 94604
5
1901 Harrison Street, 14th Floor
6  Oakland, California  94612
Telephone:    (510) 444-6800
7  Facsimile:    (510) 835-6666

8  Attorneys for Defendant
HOME DEPOT U.S.A., INC.
9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12  BRENDA HAINES, an Individual,        No. 1:10-CV-01763-OWW-SKO

13        Plaintiff,                     **STIPULATION AND ORDER TO
                                         CONTINUE THE DEADLINE FOR
14  v.                                   DISCLOSURE OF EXPERT
                                         WITNESSES AND MOTION FOR
15  HOME DEPOT U.S.A, INC., a Delaware   SUMMARY JUDGMENT DATES**
Corporation and Does 1 to 50, Inclusive,
16                                       Complaint Filed:  June 8, 2010
        Defendants.                      Trial Date:  June 6, 2012
17

18        IT IS HEREBY STIPULATED, by and between Plaintiff BRENDA HAINES

19  ("Haines") and Defendant HOME DEPOT, U.S.A., INC., ("Home Depot") and  Home

20  Depot's respective counsel of record, that the deadline for disclosure of expert

21  witnesses and motion for summary judgment dates of August 29, 2011 is continued to

22  September 29, 2011.

23        This continuation is necessary because the parties are attempting to settle this

24  matter.  On August 31, 2011, the parties will participate in mediation.  The parties

25  request this continuance in order to allow time for a settlement to be reached and an

26  agreement to be finalized memorializing the settlement.  The extension does not affect

27  the trial date of June 6, 2012.

28
                                         1
STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR        No. 1:10-CV-01763-OWW-SKO
DISCLOSURE OF EXPERT WITNESSES AND MOTION FOR SUMMARY
JUDGMENT DATES

1    DATED: August 19, 2011          BURNHAM BROWN

2

3                                    By  /s/ Michelle M. Meyers
4                                        PAUL CALEO
                                         MICHELLE M. MEYERS
5                                        Attorneys for Defendant
                                         HOME DEPOT U.S.A., INC.
6
     DATED: August 19, 2011
7

8                                    By  /s/ Brenda Haines
                                         BRENDA HAINES
9                                        PLAINTIFF IN PRO PER

10

11                                   **ORDER**

12        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

13        The deadline for disclosure of expert witnesses and motion for summary judgment

14   of August 29, 2011 is continued to September 29, 2011.

15

16

17

18

19   1096346

20   IT IS SO ORDERED.

21      Dated:   **August 19, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR          No. 1:10-CV-01763-OWW-SKO
DISCLOSURE OF EXPERT WITNESSES AND MOTION FOR SUMMARY
JUDGMENT DATES