Paul Caleo, CASB# 153925
Email: pcaleo@burnhambrown.com
Michelle M. Meyers, CASB# 236387
Email: mmeyers@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HAINES, an Individual,<br><br>          Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A, INC., a Delaware Corporation and Does 1 to 50, Inclusive,<br><br>          Defendants. | No. 1:10-CV-01763-OWW-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR THE CLOSE OF DISCOVERY, DISCLOSURE OF EXPERT WITNESSES, AND MOTION FOR SUMMARY JUDGMENT DATES**<br><br>Complaint Filed: June 8, 2010<br>Trial Date: June 6, 2012 |

   IT IS HEREBY STIPULATED, by and between Plaintiff BRENDA HAINES ("Haines") and Defendant HOME DEPOT, U.S.A., INC., ("Home Depot") and Home Depot's respective counsel of record, that the deadline for the close of discovery, disclosure of expert witnesses and motion for summary judgment dates be continued to December 30, 2011.

   This continuation is necessary because the parties are attempting to settle this matter. On August 31, 2011, the parties participated in mediation, which was unsuccessful, but the parties are hopeful that further discovery will facilitate a potential settlement. The parties request this continuance in order to allow time for a settlement to be reached and an agreement to be finalized memorializing the settlement. The

1  extension does not affect the trial date of June 6, 2012.

2  DATED:  September 6, 2011          BURNHAM BROWN

3

4                                     By  /s/ Michelle M. Meyers
5                                        PAUL CALEO
                                         MICHELLE M. MEYERS
6                                        Attorneys for Defendant
                                         HOME DEPOT U.S.A., INC.
7  DATED:  September 6, 2011

8

9                                     By  /s/ Brenda Haines
                                         BRENDA HAINES
10                                       PLAINTIFF IN PRO PER

11

12                              **ORDER**

13     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

14     The deadline for the close of discovery, disclosure of expert witnesses and motion

15  for summary judgment is continued to December 30, 2011.

16

17

18  1099299

19  IT IS SO ORDERED.

20
       Dated:  **September 7, 2011**              **/s/ Oliver W. Wanger**
21                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
                                       2