Paul Caleo, CASB# 153925
Email: pcaleo@burnhambrown.com
Michelle M. Meyers, CASB# 236387
Email: mmeyers@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HAINES, an Individual, | No. 1:10-CV-01763-OWW-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR THE CLOSE OF DISCOVERY, DISCLOSURE OF EXPERT WITNESSES, AND MOTION FOR SUMMARY JUDGMENT DATES** |
| v. | |
| HOME DEPOT U.S.A, INC., a Delaware Corporation and Does 1 to 50, Inclusive, | |
| Defendants. | Complaint Filed: June 8, 2010<br>Trial Date: June 6, 2012 |

IT IS HEREBY STIPULATED, by and between Plaintiff BRENDA HAINES ("Haines") and Defendant HOME DEPOT, U.S.A., INC., ("Home Depot") and Home Depot's respective counsel of record, that the deadline for the close of discovery, disclosure of expert witnesses and motion for summary judgment dates be continued to December 30, 2011.

This continuation is necessary because the parties are attempting to settle this matter. On August 31, 2011, the parties participated in mediation, which was unsuccessful, but the parties are hopeful that further discovery will facilitate a potential settlement. The parties request this continuance in order to allow time for a settlement to be reached and an agreement to be finalized memorializing the settlement. The

extension does not affect the trial date of June 6, 2012.

DATED:  September 6, 2011          BURNHAM BROWN

                                      By  /s/ Michelle M. Meyers
                                          PAUL CALEO
                                          MICHELLE M. MEYERS
                                          Attorneys for Defendant
                                          HOME DEPOT U.S.A., INC.

DATED:  September 6, 2011

                                      By  /s/ Brenda Haines
                                        BRENDA HAINES
                                        PLAINTIFF IN PRO PER

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The deadline for the close of discovery, disclosure of expert witnesses and motion for summary judgment is continued to December 30, 2011.

1099299

IT IS SO ORDERED.

Dated:  **September 7, 2011**          **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE