**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA KATE HAINES, | CASE NO. 1:10-cv-01763-SKO |
| Plaintiff, | **ORDER DENYING MOTION FOR ISSUANCE OF A SUBPOENA DUCES TECUM** |
| v. | |
| HOME DEPOT U.S.A., INC., | (Docket No. 29) |
| Defendant. | |

### I. INTRODUCTION

Plaintiff filed suit in Kings County Superior Court asserting a claim for personal injury against Home Depot, U.S.A., Inc. ("Home Depot"). (Doc. 1.) Home Depot removed the action from Kings County Superior to this Court on September 24, 2010. (Doc. 1.) On November 29, 2011, Plaintiff filed a motion for the issuance of a subpoena duces tecum. (Doc. 29.) In her motion, Plaintiff requests that the Court issue a subpoena ordering production of medical records from three medical providers who administered medical care to Plaintiff in 2008. For the reasons set forth below, Plaintiff's motion for the issuance of a subpoena duces tecum is DENIED without prejudice to refiling the motion in a manner consistent with this order.

## II. DISCUSSION

Plaintiff's motion for the issuance of a subpoena duces tecum to compel production of medical records is premature. As Plaintiff is seeking copies of her own medical records, she may directly request that these medical providers furnish her with copies of her medical records as well as a letter indicating that the records are true and correct copies of records kept by each provider. In other words, Plaintiff should first request these records directly from the providers.

At such time as these medical providers refuse to furnish Plaintiff with copies of her own medical records, she may then renew her motion for the issuance of a subpoena duces tecum compelling production of these documents. Any renewed motion should be accompanied with documentation regarding the provider's refusal to comply with Plaintiff's request to release copies of her medical record to her.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the issuance of subpoena duces tecum is DENIED without prejudice to refiling in a manner consistent with this order.

IT IS SO ORDERED.

**Dated:   December 5, 2011**                    /s/ Sheila K. Oberto
                                                             UNITED STATES MAGISTRATE JUDGE